UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRITCHETT,

                            Plaintiff,

-against-

CHIPOTLE MEXICAN GRILL, INC. et al.,

                            Defendants.
------------------------------------------------------------X

20 Civ. 5145 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for August 27, 2020;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan; it is hereby

    **ORDERED** that the August 27, 2020, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

    **ORDERED** that, if Defendants seek to file a motion to dismiss or a motion for summary judgment, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

    **ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: August 24, 2020
      New York, New York

                                             **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**